Argued and submitted April 23, reversed as to attorney fees; affirmed as to penalty October 20, 1993, reconsideration denied January 19, petition for review pending 1994

In the Matter of the Compensation of
Gayle J. Williams, Claimant.

SAIF CORPORATION
and Southcoast Lumber Co.,
*Petitioners,*

*v.*

Gayle J. WILLIAMS,
*Respondent.*

(91-10443; CA A76540)

861 P2d 1025

David L. Runner, Assistant Attorney General, argued the cause for petitioners. On the brief were Charles S. Crookham, Attorney General, Virginia L. Linder, Solicitor General, and Julie K. Bolt, Special Assistant Attorney General.

Edward J. Harri argued the cause for respondent. With him on the brief was Malagon, Moore, Johnson, Jensen & Correll.

Before Rossman, Presiding Judge, and De Muniz and Leeson, Judges.

PER CURIAM

De Muniz, J., concurring.

Rossman, P. J., dissenting.

**De MUNIZ, J.,** concurring.

I agree with the majority for the reasons stated in my concurrence in *SAIF v. Allen*, 124 Or App 183, 861 P2d 1018 (1993).

**ROSSMAN, P. J.,** dissenting.

I dissent from the majority's reversal of the award of attorney fees for the reasons expressed in my dissent in *SAIF v. Allen*, 124 Or App 183, 861 P2d 1018 (1993).